IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KATI WALL and MICHAEL JOHNSON, both Individually and as Personal Representatives of the Estate of DENNIS JOHNSON and the Estate of SARA JOHNSON; DENNIS NEIL JOHNSON, JR; CHRISTOPHER JOHNSON; DEANNA STATON; and JAMES GRAHAM,<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | NO. 5:18-CV-00951-XR<br>(consolidated with<br>5:18-cv-00555-XR) |

# FINAL JUDGMENT

Judgment is entered in accordance with the Findings of Fact & Conclusions of Law, in cause No. 5:18-cv-00555-XR (February 7, 2022) (ECF No. 584), by District Judge Xavier Rodriguez, and Plaintiffs shall recover from the United States in the amount of:

1. $300,000.00 for Deanna Staton;

2. $300,000.00 for Michael Johnson;

3. $300,434.03 for Kati Wall;

4. $300,000.00 for Christopher Johnson;

5. $150,000.00 for James Graham;

6. $150,000.00 for Dennis Johnson Jr.;

7. $6,000,000.00 for Kati Wall and Michael Johnson, as Personal Representatives of The Estate of Dennis Johnson Sr.; and

8. $6,000,000.00 for Kati Wall and Michael Johnson, as Personal Representatives of The Estate of Sara Johnson.

Plaintiffs shall file their bill of costs with this Court within 10 days of entry of this judgment, which are to be taxed against the United States.

Post-judgment interest shall be awarded in accordance with 31 U.S.C. § 1304(b)(1). Such interest shall be calculated at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the Judgment. 28 U.S.C. § 1961(a). For the week preceding this Judgment, the rate is set at 1.66 percent.[1]

Pursuant to 28 U.S.C. § 2678, attorney's fees are limited to 25% of the judgment, which the Court finds to be a reasonable and necessary fee in this case.

This final judgment disposes of all claims in the above-styled cause.

It is so ORDERED.

SIGNED this 5th day of April, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

---

[1] *See* https://www.federalreserve.gov/releases/h15/; accessed April 4, 2022, showing 1-year Treasury constant maturities for March 25, 28-31, which average to 1.66%.