

**ESQUIRE** DEPOSITION SOLUTIONS

Invoice **INV1677859**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID #

| | |
|---|---|
| Date | 3/24/2020 |
| Terms | Net 30 |
| Due Date | 4/23/2020 |

| | |
|---|---|
| Client Number | C10039 |
| Esquire Office | Washington DC |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client VAL ID | |
| Date of Loss | |

**Bill To**

Whitehurst Harkness Brees Cheng Alsaffar & Higginbotham
7500 Rialto Boulevard
Building 2, Suite 250
Austin TX 78735

**Services Provided For**

Whitehurst Harkness Brees Cheng Alsaffar & Higginbo...
Alsaffar, Jamal K
7500 Rialto Boulevard
Building 2, Suite 250
Austin TX 78735

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/10/2020 | J5369760 | Orlando, FLORIDA | KATI WALL V UNITED STATES OF AMERICA |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-TELE-WI | James A. Graham | 85 | 3.75 | 318.75 |
| EXHIBITS W/TABS | James A. Graham | 5 | 0.55 | 2.75 |
| CONDENSED TRANSCRIPT | James A. Graham | 1 | 20.00 | 20.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | James A. Graham | 1 | 35.00 | 35.00 |
| PROCESSING & COMPLIANCE | James A. Graham | 1 | 25.00 | 25.00 |

|  |  |
|---|---|
| Subtotal | 401.50 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 437.00 |
| Amount Due | $437.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Whitehurst Harkness Brees Ch... |
| Client # | C10039 |
| Invoice # | INV1677859 |
| Invoice Date | 3/24/2020 |
| Due Date | 4/23/2020 |
| Amount Due | $ 437.00 |

# FREE STATE REPORTING, INC.

1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/8/20 | WDTX062 |

| BILL TO | SHIP TO |
|---|---|
| Tom Jacob<br>7500 Rialto Boulevard<br>Building 2, Suite 250<br>Austin, TX  78735 | |

| TERMS | PO NO. | CONTRACT NO. |
|---|---|---|
| Upon Receipt | | |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Date of Deposition:  3/2/2020<br>In the matter of:  Kati Wall, et al.<br>Deposition of:  Christopher Johnson<br>First copy of transcript | 81 | 3.15 | 255.15 |
| Exhibits of Christopher Johnson | 4 | 0.58 | 2.32 |
| Date of Deposition:  3/2/2020<br>In the matter of:  Kati Wall, et al.<br>Deposition of:  Dennis Johnson<br>First copy of transcript | 96 | 3.15 | 302.40 |
| Exhibits of Dennis Johnson | 4 | 0.58 | 2.32 |
| Date of Deposition:  3/3/2020<br>In the matter of:  Kati Wall, et al.<br>Deposition of:  Michael Johnson<br>First copy of transcript | 78 | 3.15 | 245.70 |
| Exhibits of Michael Johnson | 8 | 0.58 | 4.64 |

**Total:**

**Balance Due:**

Page 1

# FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/8/20 | WDTX062 |

| BILL TO | SHIP TO |
|---|---|
| Tom Jacob<br>7500 Rialto Boulevard<br>Building 2, Suite 250<br>Austin, TX  78735 | |

| TERMS | PO NO. | CONTRACT NO. |
|---|---|---|
| Upon Receipt | | |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Date of Deposition:  3/3/2020<br>In the matter of:  Kati Wall, et al.<br>Deposition of:  Deanna Staton<br>First copy of transcript | 128 | 3.15 | 403.20 |
| Exhibits of Deanna Staton | 40 | 0.58 | 23.20 |

Federal ID # ███████.   DUNS #051045359

Please reference invoice number on payment.  Outstanding balances incur a finance charge of 1.5% per month.

| | |
|---|---|
| **Total:** | $1,238.93 |
| **Balance Due:** | $1,238.93 |

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

03/04/21

SALE                                                                                                  Total:        $366.62

Visa
xxxxxxxxxxxx5046

| | | | |
|---|---|---|---|
| Exp. Date: | xx / xx | | |
| Entry Mode: | Keyed | | |
| Name: | Thelma Alvarado-Garza | | |
| Auth. Code: | 06301G | QuickBooks Trans. No: | |
| Trans. ID: | PQ0002645440 | Merchant No.: | 5247719927771528 |
| Terminal ID: | - | AID | - |

Thank you for your business

CUSTOMER COPY

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

04/12/21

SALE                                                                                      Total:        $347.38

Visa
xxxxxxxxxxxx5046

| | | | |
|---|---|---|---|
| Exp. Date: | xx / xx | | |
| Entry Mode: | Keyed | | |
| Name: | Thelma Alvarado-Garza | | |
| Auth. Code: | 07112G | QuickBooks Trans. No: | |
| Trans. ID: | PS0010371809 | Merchant No.: | 5247719927771528 |
| Terminal ID: | - | AID | - |

Thank you for your business

CUSTOMER COPY